# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In Re:  NOEL PALMER SIMPSON,                )
Attorney at Law, Bar No. 9642                )
                                             )          Case No.: 2:19-ms-00012
                                             )
                                             )          **ORDER OF DISBARMENT**
                                             )
                                             )
                                             )
_____ )

On March 4, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of March 6, 2019.  The Order to Show Cause provided Ms. Simpson with thirty (30) days to respond with reasons why she should not be disbarred from the practice of law in this Court.  On March 14, 2019, counsel for Ms. Simpson filed a Non-Opposition to the Order to Show Cause.

Accordingly, **IT IS HEREBY ORDERED** that Noel Palmer Simpson, Nevada State Bar No. 9642, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this  19  day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this _20_ day of March, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

**Noel Palmer Simpson**
**c/o William Terry, Esq.**
530 South Seventh
Street Las Vegas, NV
89101

Certified Mail No.:   7016 2070 0000 6879 6818

/s/ L. Quintero
Deputy Clerk
United States District Court,
District of Nevada